Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Alvarez Nava.* Abogado de la parte contraria: *Sr. López Landrón.*

---

No. 172. Solá *v.* Ramis et al.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación, por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Sarmiento.* Abogado de la parte contraria: *Sres. Hartzell y Rodríguez Serra.*

---

No. 176. Muñoz *v.* López.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento del artículo 54 del Reglamento del Tribunal Supremo. Abogado de la parte promovente: *Sr. Eduardo Acuña.* Abogados de la parte contraria: *Sres. Cuevillas y Méndez.*

---

No. 192. Coll *v.* Axtmayer.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento del artículo 50 del Reglamento de este tribunal. Abogado del promovente: *Sr. Cay. Coll Cuchí.* Abogado de la parte contraria: *Sr. Mott.*

---

No. 194. Fritze, Lundt & Co. *v.* Romero.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en octubre 8, 1907. Desestimada la apelación por incumplimiento de los artículos